AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

**ORIGINAL**

| | |
|---|---|
| United States Department of Agriculture ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.  2:25-cv-00211-JAW |
| MELISSA E. HATCH ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MELISSA E. HATCH
257 BENLOR DR,
EATON CENTER, NH, 03832

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin J Crosman, Esq.
Jensen Baird Gardner & Henry,
Ten Free Street,
P.O. Box 4510,
Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  04/30/2025

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MELISSA E. HATCH
was received by me on *(date)* 06/17/2025 .

☒ I personally served the summons on the individual at *(place)* MELISSA E. HATCH
257 BENLOR DR, EATON  on *(date)* 06/17/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/17/2025

*Server's signature*

DEPUTY B. ARGUE
*Printed name and title*

CARROLL COUNTY SHERIFF'S OFFICE
P.O. BOX 190, OSSIPEE, NH 03864
*Server's address*

Additional information regarding attempted service, etc:

## Carroll County Sheriff's Department

### Return of Service

**CARROLL, SS.** 06/17/, 2025

I summoned the within named **Melissa E. Hatch** by giving in hand to **Melissa E. Hatch**, at 257 Benlor Drive, in Eaton, New Hampshire a copy of this **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, EXHIBITS, NOTICE OF LAWSUIT, RULE 4B HOMEOWNER NOTICE, AND ECF REGISTRATION FORM** at 12:48 AM (PM)

Fees: Service $67.10
      P&H     $ 1.00
      Travel  $30.10
      Total   $98.20

_____
Deputy Sheriff

B. ARGUE
_____
Deputy Sheriff Printed Name

Service address other than above: _____

Address location: ( )Work ( )New Residence ( )Other: _____