UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>NICHOLAS S. SEVERY,<br><br>and<br><br>MELISSA E. HATCH,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br><br>2:25-cv-00211-JAW |

**STATEMENT REGARDING**

**ELIGIBILITY FOR FORECLOSURE DIVERSION PROGRAM**

NOW COMES the United States Department of Agriculture (the "Plaintiff"), by and through its undersigned Counsel, and states the Case's Eligibility for the Foreclosure Diversion Program as follows:

1. On or about April 29, 2025, the Plaintiff filed a complaint for foreclosure and order of sale against the Defendants, Nicholas S. Severy and Melissa E. Hatch (the "Defendants"), respecting the real property located at or about 313 Fish Street, Fryeburg, Maine 04037 (the "Subject Property") [Dkt. No. 1].

2. Pursuant to 14 M.R.S. 6321-A (10), the Subject Property must meet each of the following criteria to be eligible for the Foreclosure Diversion Program:

    a. The Subject Property must be owner occupied;

    b. The Subject Property must be a residential property;

      c. The Subject Property must be the primary residence of the Defendant.

3. Upon information and belief, the Defendants do not reside at the Subject Property, and it is not the primary residence of the Defendants, and therefore, the Subject Property does not meet the criteria to be included in the Foreclosure Diversion Program.

Dated this September 15, 2025.

                                                  /s/ *Kevin J. Crosman*
                                                  Kevin J. Crosman, Bar No. 4279
                                                  Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com