# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br>       Plaintiff, <br><br> v. <br><br> **NICHOLAS S. SEVERY,** <br><br> and <br><br> **MELISSA E. HATCH,** <br><br>       Defendants, | CASE NO. **2:25-cv-00211-JAW** |

## APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT NICHOLAS S. SEVERY PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk of the United States District Court for the District of Maine:

Plaintiff, the United States Department of Agriculture hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter the default of the following Defendant, Nicholas S. Severy ("Defendant"), for failure to plead or otherwise defend against this action in a timely manner.

Defendant Nicholas S. Severy:

(1)   As shown by the proof of service previously filed with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on July 18, 2025.

(2)   The applicable time limit for the above-named Defendant to appear or otherwise respond to this action under Rule 12 of the Federal Rules of Civil Procedure expired on September 29, 2025.

(3)   The above-named Defendant has failed to plead or otherwise respond to the Complaint.

This request is based on the attached Declaration of Attorney for Plaintiff, Kevin J. Crosman, Esq.

Dated this October 30, 2025.

/s/ *Kevin J. Crosman*  
Kevin J. Crosman, Bar No. 4279  
Attorney for Plaintiff

JENSEN BAIRD  
Ten Free Street  
PO Box 4510  
Portland, Maine 04112-4510  
(207) 775-7271  
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Melissa E. Hatch  
257 Benlor Drive  
Eaton Center, NH 03832

Nicholas Severy  
679 Sebago Road  
Sebago, ME 04029

Dated at Portland, Maine, this October 30, 2025.

/s/ *Kevin J. Crosman*  
_____  
Kevin J. Crosman, Bar No. 4279  
Attorney for Plaintiff