**MAINE JUDICIAL BRANCH**

| | | |
|---|---|---|
| USDA _____ Plaintiff | ☐ Superior Court ☒ District Court | |
| V. | County: CUMBERLAND | |
| NICHOLAS SEVERY, ET AL _____ Defendant | Location (Town): BRIDGTON | |
| | Docket No.: BRIDC-RE-2025-25 | |
| | USDC Case No.: 2:25-CV-0211-JAW | |

## CLERK'S NOTICE

This case was referred to this court for foreclosure mediation. The Court has been informed that mediation in this case has been concluded. Thus, the case is administratively closed. The plaintiff shall file a copy of this Notice with the U.S. District Court.

Parties may retrieve personal financial documents in the mediation file at the BRIDGTON DISTRICT Court within 30 days.

Date (mm/dd/yyyy): 11-3-25    ▶ _Elise M. McAllister_
                                 Clerk

CC: All Parties/Counsel

USDC DOCKET: 2:25-CV-00211-JAW
BRIDGTON DISTRICT COURT DOCKET: BRIDC-RE-2025-25



RECEIVED
NOV 06 2025
Jensen Baird Gardner & Henry

Rev. 04/22         Page 1 of 1         www.courts.maine.gov
Clerk's Notice

```
US DEPARTMENT OF AGRICULTURE - PLAINTIFF              DISTRICT COURT
                                                      BRIDGTON
Attorney for: US DEPARTMENT OF AGRICULTURE            Docket No  BRIDC-RE-2025-00025
KEVIN J CROSMAN  - RETAINED 07/21/2025
JENSEN BAIRD
P.O. BOX 4510
PORTLAND ME 04112-4510                                       DOCKET RECORD


v.
NICHOLAS S SEVERY  - DEFENDANT
313 FISH ST                                   USDC DOCKET: 2:25-CV-00211-JAW
FRYEBURG ME 04037                             BRIDGTON DISTRICT COURT DOCKET:
MELISSA HATCH  - DEFENDANT                    BRIDC-RE-2025-25
257 BENLOR DR
CENTER CONWAY NH 03813


Filing Document: CLERK CERTIFICATE Minor Case Type:   OTHER REAL ESTATE
Filing Date: 07/21/2025
```

**Docket Events:**

07/23/2025 FILING DOCUMENT - CLERK CERTIFICATE FILED ON 07/21/2025


07/23/2025 Party(s):  US DEPARTMENT OF AGRICULTURE
           ATTORNEY - RETAINED ENTERED ON 07/21/2025

           Plaintiff's Attorney: KEVIN J CROSMAN

07/29/2025 MEDIATION - INFORMATIONAL SESSION REQUESTED ON 07/21/2025


07/29/2025 MEDIATION - INFORMATIONAL SESSION SCHEDULED FOR 11/03/2025 at 08:15 a.m.
           in Room No.  1


07/29/2025 MEDIATION - INFORMATIONAL SESSION NOTICE SENT ON 07/29/2025

           I/S ZOOM

09/12/2025 NOTE - OTHER CASE NOTE ENTERED ON 08/18/2025

           RETURNED MAIL FOR DEF N. SEVERY- INFO SESSION NOTICE

11/03/2025 MEDIATION - INFORMATIONAL SESSION HELD ON 11/03/2025


11/03/2025 MEDIATION - MEDIATION REPORT NONAPPEARANCE ON 11/03/2025

           DEF(S) FTA, SCHEDULING ORDER TO ISSUE

11/03/2025 Party(s):  US DEPARTMENT OF AGRICULTURE,NICHOLAS S SEVERY,MELISSA HATCH
           FINDING - REMAND TO DISTRICT COURT ENTERED ON 11/03/2025

           FDP MEDIATION CONCLUDED, DEF(S) FTA

BRIDC-RE-2025-00025
DOCKET RECORD

11/03/2025 FINDING - FINAL JUDGMENT CASE CLOSED ON 11/03/2025

**Receipts**
07/29/2025      Misc Fee Payments      $200.00      paid.

A TRUE COPY  *Elise M. McAllister*
ATTEST: _____
                    Clerk