UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>NICHOLAS S. SEVERY,<br><br>and<br><br>MELISSA E. HATCH,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br>2:25-cv-00211-JAW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The mediation session took place on November 3, 2025. Melissa Hatch and Nicholas Severy were not in attendance.

2. On or about November 6, 2025, counsel received clerk's notice stating that the mediation has been concluded and the case is administratively closed. A copy of the clerk's notice was filed with this Court on the same date.

Dated this November 10, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

> Melissa E. Hatch
> 257 Benlor Drive
> Center Conway NH 03813
>
> Nicholas Severy
> 679 Sebago Road
> Sebago, ME 04029

Dated at Portland, Maine, this November 10, 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff